Philip E. Weiss, Esq. (No.152523)
BRODSKY, MICKLOW, BULL & WEISS
2540 Shelter Island Drive, Suite P
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

JS - 6

Attorney for Plaintiff
City of Newport Beach

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF NEWPORT BEACH, a California municipality, | Case No. 16-CV-749 JVS (SSx) |
| Plaintiff, | IN ADMIRALTY |
| v. | JUDGMENT |
| M/Y BAD HABIT, U.S.C.G. Official No. 908932, a Kha Shing Enterprises Motor Yacht of Approximately 46.5 Feet in Length, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, and TRENT WALL, *in personam*. | Judge: Hon. James V. Selna |
| Defendants. | |

-i-

The Court having granted default judgment in favor of the Plaintiff, **IT IS ORDERED AND ADJUDGED** that an *in personam* judgment be entered in favor of the Plaintiff and against Defendant TRENT WALL in the amount of $288,114.26, and that the proceeds from the sale of the DEFENDANT VESSEL in the amount of $15,000.00 be distributed to Plaintiff at the following address:

> The City Attorney's Office, City of Newport Beach
> 100 Civic Center Drive
> Newport Beach, California 92658

Date: March 24, 2017

_____
Hon. James V. Selna
United States District Judge

CC:  Fiscal Section, U.S. District Court

-ii-